Argued and submitted April 21, vacated and remanded in part; otherwise affirmed May 31, 2000

In the Matter of the Marriage of

Tracey Anne COCKRELL,
*Respondent,*

*and*

Samuel Preston COCKRELL,
*Appellant.*

(C982034DR; CA A106929)

1 P3d 513

Robert M. Hildum argued the cause for appellant. With him on the brief were Brian J. Sunderland, and Aunderland & Associates.

Robert T. Scherzer argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM